TMH:th
AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### STATE AND ____ DISTRICT OF ___ MINNESOTA

UNITED STATES OF AMERICA

v.

CALVIN LEE ANDERSON

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-MJ-168 SRN

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about __April 7, 2008,__ in ____ Hennepin County ____, in the

__State and__ District of ___ Minnesota ____, the defendant did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally escape from the custody of the Attorney General or his authorized
representative,**

in violation of Title ____ 18 ____ United States Code, Section ___ 751 ___ .

I further state that I am a __Deputy United States Marshal__ and that this complaint is based on the following facts:
Official Title

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant
**Gerard M. Brink**
**Deputy United States Marshal**

Sworn to before me and subscribed in my presence,

April 15, 2008     1:40pm
_____                at    __Minneapolis, Minnesota__
Date                                                      City and State

__Susan Richard Nelson, U.S. Magistrate Judge__
Name & Title of Judicial Officer                           Signature of Judicial Officer

SCANNED

APR 21 2008

U.S. DISTRICT COURT MPLS

STATE OF MINNESOTA      )
                        )   ss    AFFIDAVIT OF GERARD M. BRINK
COUNTY OF HENNEPIN      )

I, Gerard Brink, being duly sworn, depose and state as follows:

1. I am a Deputy United States Marshal assigned to the United States Marshal's Office, District of Minnesota, in Minneapolis, Minnesota. I have been a Deputy Marshal since November 2003 and am presently assigned to the Warrant Investigation Squad. I have received extensive training in the area of fugitive investigations.

2. This affidavit is submitted in support of a criminal complaint charging Calvin Lee Anderson with unlawfully, knowingly and intentionally escape from the custody of the Attorney General or his authorized representative in violation of 18 U.S.C. § 751.

3. The facts and information contained in this affidavit are based upon my own investigation and observations and those of other agents and police officers. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government.

4. Based upon information and belief, on July 11, 1988, Calvin Lee Anderson was sentenced before the Honorable Davis S. Doty, United States District Judge for the District of Minnesota, to 262 months confinement after having been convicted for bank robbery in violation of 18 U.S.C. § 2113a. He was thereafter committed to the custody of the Attorney General.

5.   Bureau of Prison (BOP) records reflect that Anderson has served in a number of federal institutions.   On April 19, 2000, Anderson was sentenced before the Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, to an additional four months confinement for having escaped from a halfway house.   Judge Kyle ordered that this period of confinement run consecutively to the sentence previously imposed on the bank robbery charge.

6.   BOP records reflect that on May 3, 2007, Anderson was adjudicated to have violated the terms and conditions of parole and was ordered to serve an additional 1,533 days confinement.   The BOP has informed me that after this sentence, Anderson had a projected release date of April 12, 2008.

7.   On February 20, 2008, the BOP, under authority delegated to it by the Attorney General, transferred Anderson to the Volunteers of America Halfway House at 2825 East Lake Street, Minneapolis, Minnesota, where Anderson remained in federal custody. Anderson was scheduled to be released from federal custody on April 12, 2008.

8.   Based upon discussions with the staff of Volunteers of America and BOP officials, I have learned that Anderson signed out of Volunteers of America during the morning hours of April 7, 2008, and was required to report back not later than 6:30 p.m. on that

2

date.   Anderson failed to return at that time.   His current whereabouts are unknown and he is now listed in an escape status.

9. Based on the foregoing, there is probable cause to believe that on or about April 7, 2008, in Hennepin County, in the State and District of Minnesota, the defendant did unlawfully, knowingly and intentionally escape from the custody of the Attorney General or his authorized representative in violation of 18 U.S.C. § 751.


_____
Gerard M. Brink
Deputy Marshal, USMS


Sworn and subscribed to before me
this 15th day of April, 2008.

_____
Susan Richard Nelson
United States Magistrate Judge


3